IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | 1:12-cv-01156 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS NUNC PRO TUNC |
| vs. | |
| MARY LATTIMORE, et al., | |
| Defendants. | |
| _____/ | (Motion #18) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983.  On August 30, 2013, plaintiff filed a motion to extend time to file objections to Magistrate Judge's Findings and Recommendations.  Inasmuch as plaintiff filed the Objections to Findings and Recommendations on August 30, 2013, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT plaintiff's motion to extend time is GRANTED nunc pro tunc.

IT IS SO ORDERED.

Dated:   September 19, 2013            /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE