IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | 1:12-cv-01156-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 17.) |
| MARY LATTIMORE, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | (Doc. 11.) |

Susan Mae Polk ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2013, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied. (Doc. 17.) On August 30, 2013, Plaintiff filed objections to the findings and recommendations. (Doc. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's motion for injunction was filed following her filing of a First Amended Complaint. The First Amended Complaint was based on

1

conduct that occurred at CCWF, but Plaintiff is now in a different prison.  Additionally, the First Amended Complaint has been dismissed.  Thus, the motion for preliminary injunction is attached to a defunct pleading.  Plaintiff's objections are overruled.

      Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations (Doc. No. 17) issued by the Magistrate Judge on July 18, 2013, are ADOPTED IN FULL; and
2. Plaintiff's motion for preliminary injunctive relief, filed on December 13, 2012 (Doc. No. 11), is DENIED.

IT IS SO ORDERED.

Dated:   March 14, 2014

SENIOR DISTRICT JUDGE