UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARY LATTIMORE, et al.,<br><br>　　　　　Defendants. | 1:12-cv-01156 AWI-GSA-PC<br><br>ORDER GRANTING MOTION FOR STAY<br>(Doc. 56.)<br><br>ORDER STAYING THE PROCEEDINGS IN THIS ACTION UNTIL RESOLUTION OF PLAINTIFF'S OBJECTIONS |

**I.　BACKGROUND**

Susan Mae Polk ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on July 16, 2012. (Doc. 1.)

On February 13, 2015, Plaintiff filed a motion for stay, which is now before the court. (Doc. 56.)

**II.　MOTION FOR STAY OF PROCEEDINGS**

Plaintiff requests the court to stay the proceedings in this action pending the District Judge's rulings on her objections of February 13, 2015 and amended objections of February 20, 2015.[1]

---

[1] On February 13, 2015, Plaintiff filed (1) objections to the court's June 19, 2014 order and (2) objections to the court's February 4, 2015 order. (Docs. 54, 55.) On February 20, 2015, Plaintiff filed amended objections to the February 4, 2015 order. (Doc. 58.) The amended objections supercede the original objections.

1

The court does not lightly stay litigation, due to the possibility of prejudice to defendants. However, in this case none of the defendants have been served with process or appeared in this action, and Plaintiff has shown good cause for stay of the proceedings. Therefore, Plaintiff's motion shall be granted.

### III.  CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Good cause appearing, Plaintiff's motion to stay this action, filed on February 13, 2015, is GRANTED; and
2. The proceedings in this action are STAYED, pending the resolution of Plaintiff's objections filed on February 13, 2015 and February 20, 2015.

IT IS SO ORDERED.

Dated:   **February 23, 2015**                       **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE