UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARY LATTIMORE, et al.,<br><br>        Defendants. | 1:12-cv-01156 AWI-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO<br>FILE FOURTH AMENDED<br>COMPLAINT<br>(Doc. 56.)<br><br>THIRTY DAY DEADLINE |

On April 3, 2015, the court issued an order lifting the stay of this action, imposed on February 23, 2015, and advised Plaintiff that if she wishes to proceed with this case, she must file a Fourth Amended Complaint in compliance with the court's June 17, 2014 order.  (Doc. 60 at 6-7.)  Plaintiff shall be required to file the Fourth Amended Complaint within thirty days.

Accordingly, IT IS HEREBY ORDERED that:

1.    Plaintiff is required to file a Fourth Amended Complaint in this action within thirty days of the date of service of this order, pursuant to the court's order of June 17, 2014;

2.    No extensions of time shall be granted without a showing of good cause; and

3.    Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **April 6, 2015**            **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE