UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK, | 1:12-cv-01156-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR STAY |
| vs. | (Doc. 62.) |
| MARY LATTIMORE, et al., | THIRTY DAY DEADLINE TO FILE FOURTH AMENDED COMPLAINT |
| Defendants. | |

  On April 6, 2015, the court issued an order requiring Plaintiff to file a Fourth Amended Complaint within thirty days. (Doc. 61.) On April 13, 2015, Plaintiff filed a motion for a stay of the proceedings in this case until she is provided access to a copy machine and U.S. mail. (Doc. 62.) Plaintiff asserts that she has finished preparing the Fourth Amended Complaint but has been refused access to a copy machine and has been directed to mail her documents to be copies to the library by internal mail.

  Plaintiff has not shown good cause for the court to stay this action, and Plaintiff's only remedy is not a stay of the action. Therefore, the motion to stay shall be denied. However, good cause appearing, Plaintiff shall be granted additional time to file the Fourth Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action, filed on April 13, 2015, is DENIED;
2. Good cause appearing, Plaintiff is GRANTED an extension of time until thirty days from the date of service of this order, to file the Fourth Amended Complaint pursuant to the court's order of June 17, 2014;
3. No further extensions of time shall be granted without a showing of good cause; and
4. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **April 15, 2015**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE