# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. LATTIMORE, et al.,<br><br>　　　　Defendants. | Case No.  1:12-cv-01156-DAD-BAM-PC<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO JULY 18, 2016, IN WHICH TO FILE OBJECTIONS |

　　　　Plaintiff Susan Mae Polk is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 4, 2016, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint that complies with Federal Rule of Civil Procedure 8(a)'s requirement to state her claims in a short and plain manner, and Rule 18's requirement to include only unrelated claims. (ECF No. 76.)   On May 13, 2016, Plaintiff filed a motion for a sixty-day extension of time to file objections.   Plaintiff sought a sixty-day extension of time on the ground that she had difficulty in gaining access to the law library.   On May 17, 2016, the Court granted Plaintiff's request, granting her a thirty-day extension of time. (ECF No. 78.)   Plaintiff was advised that the operative complaint did not fail for want of legal analysis, but for failure to state  her claim in a short and plain manner, and to include only unrelated claims.

1

On May 27, 2016, Plaintiff filed objections to the order granting her a thirty-day extension of time. (ECF No. 79.) Plaintiff states her disagreement with the findings and recommendations, and indicates that her legal property has been confiscated. Plaintiff requests the Court to send her copies of the complaints and screening orders in this action. The Court will grant Plaintiff's request for an extension of time, and will provide Plaintiff with the operative complaint and the May 4, 2016, recommendation of dismissal. Plaintiff is cautioned that further requests for copies of documents may be charged at the standard rate. Plaintiff is advised that the Clerk does not ordinarily provide free copies of case documents to parties. The Clerk charges $.50 per page for copies of documents. See 28 U.S.C. § 1914(a). The Court will make an exception in this one instance.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a copy of the April 15, 2015, fourth amended complaint (ECF No. 66) and a copy of the May 4, 2016, findings and recommendations. (ECF No. 76); and

2. Plaintiff is granted an extension of time to July 18, 2016, in which to file objections to the May 4, 2016, findings and recommendations.

IT IS SO ORDERED.

Dated: **May 31, 2016**          /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE