**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MAE POLK,<br><br>   Plaintiff,<br><br>   v.<br><br>LATTIMORE, *et al.*,<br><br>   Defendants. | Case No. 1:12-cv-01156-DAD-BAM (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 149)<br><br>**Opposition Deadline: August 30, 2021** |

   Plaintiff Susan Mae Polk ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's fifth amended complaint against Defendant Baron for retaliation in violation of the First Amendment and deliberate indifference in violation of the Eighth Amendment.

   On July 23, 2021, Defendant Baron filed a motion for summary judgment for failure to exhaust administrative remedies.  (ECF No. 147.)  Plaintiff's opposition is due on or before August 16, 2021.  (*See* ECF No. 148.)  Currently before the Court is Plaintiff's motion for a sixty-day extension of time to file her opposition to that motion, filed August 6, 2021 and docketed on August 9, 2021.  (ECF No. 149.)

   The Court finds it appropriate to obtain a response from Defendant Baron regarding the motion.  Accordingly, Defendant Baron shall file a response to Plaintiff's motion for extension of time, (ECF No. 149), on or before **August 30, 2021**.  Plaintiff's reply, if any, is due within **seven**

**(7) days** from the date of service of Defendant's response.

IT IS SO ORDERED.

    Dated: __**August 10, 2021**__             /s/ *Barbara A. McAuliffe*  
                                                        UNITED STATES MAGISTRATE JUDGE